IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-293-CV





STATE OF TEXAS,



 APPELLANT


vs.





RESOLUTION TRUST CORPORATION AS RECEIVER FOR THE ASSETS


OF UNIVERSITY FEDERAL SAVINGS ASSOCIATION,



 APPELLEE



 




FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY



NO. 1841, HONORABLE STEVE RUSSELL, JUDGE PRESIDING



 




PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a).

 The appeal is dismissed.


Before Justices Powers, Jones and Kidd

Dismissed on Appellant's Motion

Filed: January 5, 1994

Do Not Publish